**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> CHANELLE R SURVILLION <br><br> Debtor(s) | Case No. 12-42805 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/29/2012.

2) The plan was confirmed on 03/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/10/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/20/2016.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $21,683.31 | |
| Less amount refunded to debtor | $272.31 | |
| **NET RECEIPTS:** | | **$21,411.00** |

| **Expenses of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,014.20 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $938.15 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,952.35** |
| Attorney fees paid and disclosed by debtor: | $485.80 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA CHECKMATE | Unsecured | 2,171.93 | 2,732.20 | 2,732.20 | 0.00 | 0.00 |
| Advance America | Unsecured | 732.18 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,988.45 | 1,988.45 | 1,988.45 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | NA | 950.00 | 950.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| AT T MIDWEST | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 1,898.42 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE CO | Unsecured | 2,025.52 | 2,547.94 | 2,547.94 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP #15 | Unsecured | 1,081.18 | 1,257.39 | 1,257.39 | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHICAGOLAND ADVANCE PAIN SPE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 888.00 | 888.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 871.14 | 1,139.54 | 1,139.54 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 334.91 | 339.72 | 339.72 | 209.79 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 2,897.37 | 2,897.37 | 1,883.31 | 0.00 |
| FAST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 460.56 | 1,476.38 | 1,476.38 | 1,101.90 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 1,348.30 | 1,348.30 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,122.36 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 2,323.09 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,826.53 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,616.35 | 19,439.57 | 19,439.57 | 13,741.83 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 8,925.83 | 8,925.83 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 372.65 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 4,452.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,899.21 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 323.15 | 323.15 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 436.38 | 436.38 | 436.38 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MACNEAL HOSPITAL | Unsecured | 157.95 | NA | NA | 0.00 | 0.00 |
| METROPOLITAN ADVANCED RADIO | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 731.10 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 900.00 | NA | 2,863.76 | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 500.00 | 3,363.76 | 500.00 | 500.00 | 21.82 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 54.00 | 54.00 | 54.00 | 0.00 | 0.00 |
| NCI | Unsecured | 1,112.48 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 238.62 | 238.62 | 0.00 | 0.00 |
| NORWEST CAPITAL INVESTMENT | Unsecured | NA | 1,112.48 | 1,112.48 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | NA | 1,154.90 | 1,154.90 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | NA | 344.23 | 344.23 | 0.00 | 0.00 |
| PRENTISS CREEK APT | Unsecured | 551.98 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL NEUROLOGICAL SEF | Unsecured | 11,728.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL NEUROLOGICAL SEF | Unsecured | NA | 4,677.77 | 4,677.77 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 887.75 | 887.75 | 887.75 | 0.00 | 0.00 |
| SCHOTTLER & ASSOC | Priority | 2,900.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,708.00 | 1,708.00 | 1,708.00 | 0.00 | 0.00 |
| SPRINT | Unsecured | 831.21 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 831.21 | 831.21 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,718.00 | 2,169.70 | 2,169.70 | 0.00 | 0.00 |
| STONE PARK POLICE DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| UNITED CREDIT RECOVERY | Unsecured | 1,320.87 | 1,693.60 | 1,693.60 | 0.00 | 0.00 |
| UNITED MECHANICAL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 550.00 | 550.00 | 550.00 | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | 165.61 | 165.61 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $500.00 | $500.00 | $21.82 |
| All Other Secured | $3,237.09 | $2,093.10 | $0.00 |
| **TOTAL SECURED:** | **$3,737.09** | **$2,593.10** | **$21.82** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $20,915.95 | $14,843.73 | $0.00 |
| **TOTAL PRIORITY:** | **$20,915.95** | **$14,843.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,088.81** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,952.35 |
| Disbursements to Creditors | $17,458.65 |
| **TOTAL DISBURSEMENTS** : | **$21,411.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/12/2016                           By: /s/ Tom Vaughn
                                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**